BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bharland@unioncounsel.net

Attorneys for Defendant SEIU UNITED HEALTHCARE WORKERS-WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GREG PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEIU UNITED HEALTHCARE WORKERS-WEST, and DOES 1 through 10,<br><br>Defendants. | No. 1:20-CV-00385-AWI-SKO<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: May 4, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Anthony W. Ishii<br>Courtroom: 2<br>Address: Robert E. Coyle United States Courthouse<br>2500 Tulare Street, 8th Floor<br>Fresno, CA 93721 |

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, May 4, 2020, at 1:30 p.m. in Courtroom 2 of the above-entitled Court, located at the 2500 Tulare Street, Eighth Floor, Fresno, CA 93721, Defendant SEIU, United Healthcare Workers–West ("SEIU–UHW" or the "Union") will move and hereby does move this Court for an Order granting its motion to dismiss Plaintiff's Complaint.

This motion is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because Plaintiff has failed to state a claim upon which relief can be granted under Rule 12(b)(6).

This motion is based upon this Notice of Motion and Motion; the accompanying

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 1:20-CV-00385-AWI-SKO

Memorandum of Points and Authorities; the accompanying proposed order; and the complete files and records in this action; and such other argument or evidence as may be presented.

Dated:  April 2, 2020

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:     */s/ Bruce A. Harland*
      BRUCE A. HARLAND

Attorneys for Defendant SEIU UNITED HEALTHCARE WORKERS-WEST

148949\1077170

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 1:20-CV-00385-AWI-SKO