1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GREG PRICE, individually and on behalf        No. 1:20-cv-00385-AWI-SKO
    of all others similarly situated,
12
                    Plaintiff,                    **SCHEDULING ORDER**
13
           v.
14
    SEIU, UNITED HEALTHCARE
15  WORKERS WEST,

16                  Defendant.

17

18

19         On April 22, 2021, a scheduling conference was held.  Thomas Wheeler, Esq., appeared

20  telephonically on behalf of Plaintiff.  Bruce Harland, Esq., and Williams Hanley, Esq., appeared

21  telephonically on behalf of Defendant.

22         The Court set the following deadlines:

23         1.      Initial disclosures pursuant to Fed. R. Civ. P. 26 must be served by no later than

24                 April 27, 2021.

25         2.      Any motions or stipulations requesting leave to amend the pleadings must be filed

26                 by no later than September 27, 2021.[1]

27  ───────────────────

28  [1] The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings by
    September 27, 2021, does not reflect on the propriety of the amendment or imply good cause to modify the existing

3.     Class certification discovery shall be completed, and motions directed to any such discovery shall be filed and heard by the undersigned, by no later than January 28, 2022.[2]

4.     The motion for class certification shall be filed by no later than March 14, 2022.

5.     Any opposition to the motion for class certification shall be filed by no later than April 21, 2022.

6.     Any reply brief in support of the motion for class certification shall be filed by no later than May 6, 2022.

7.     The motion for class certification shall be heard on May 23, 2022, at 1:30 p.m., in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge.

8.     A status conference to set further scheduling dates is set for October 27, 2022, at 10:15 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto.  Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.

///

///

///

---

schedule, if necessary.  All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed. R. Civ. P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see Foman v. Davis*, 371 U.S. 178, 182 (1962).

[2] The undersigned will resolve discovery disputes outside the formal Local Rule 251 procedures pursuant to the parties' request and agreement and in accordance with the deadlines set forth above.  Within three (3) days of requesting an informal discovery dispute conference, the parties shall submit to the court and serve on opposing counsel a 2–3 page summary of the dispute.  The parties' summaries (without exhibits or attachments) must be emailed to the chambers of the undersigned at skoorders@caed.uscourts.gov.  Once the court receives the parties' summaries, an informal telephonic conference will be held within one week or as soon as is practicable.  Prior to requesting an informal discovery dispute conference, the parties must speak with each other about the discovery dispute (in addition to any written correspondence the parties may engage in via letters and/or email).  This requirement may be accomplished in person, over the telephone or through videoconferencing.  By requesting an informal discovery dispute conference, the parties are agreeing to be bound by any discovery ruling arising out of the informal proceedings.

By no later than October 20, 2022, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **April 26, 2021**                                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE