# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG PRICE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEIU UNITED HEALTHCARE WORKERS WEST and DOES 1–10,<br><br>    Defendant. | Case No. 1:20-cv-00385-AWI-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 25) |

On March 15, 2022, the parties filed a joint stipulation dismissing Plaintiff Greg Price's individual claims with prejudice, and the putative class claims without prejudice. (Doc. 25.)

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 16, 2022**__         /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE